RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Eddie Shelby

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDDIE SHELBY,<br><br>Defendant. | Case No. 2:05-cr-00222-RCJ-LRL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Eddie Shelby, that the Revocation Hearing currently scheduled on Monday, August 5, 2019, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. There are two petitions for revocation of supervision currently pending before the Court. Christina Hinds previously represented Mr. Shelby on the first petition. Mr. Shelby was released on conditions following his initial appearance on the first petition. ECF No. 147.

The final hearing for revocation of supervised release on the first petition is currently set for September 17, 2019 at 9:45am.

2. A second petition for revocation of supervised release was recently filed on July 12, 2019. At that time, the Federal Public Defender's office appeared as his initial appearance. Mr. Shelby was ordered detained.

3. On July 23, 2019, Both Ms. Hinds and the Federal Public Defender's office appeared before the Court at the revocation hearing. At that time, Ms. Hinds informed the Court that she will be withdrawing as counsel of record and the Federal Public Defender's office would represent Mr. Shelby going forward. The court continued this matter until August 5, 2019.

4. The parties now request that the Court continue the final hearing of revocation of supervised release on both petitions to at least September 19, 2019. The petitions pending before the Court alleged multiple new law violations, some of which are currently pending before the state court. The parties request additional time to see how the state will proceed with those charges and to possibly negotiate a global resolution on this matter.

5. The defendant is in custody and does not oppose this continuance.

6. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 1st day of August, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

*Eddie Shelby*
Defendant

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:05-cr-00222-RCJ-LRL |
| Plaintiff, | **ORDER** |
| v. | |
| EDDIE SHELBY, | |
| Defendant. | |

IT IS THERFORE ORDERED that the revocation hearings currently scheduled for August 5, 2019 re: [140] Petition and September 17, 2019 re: [150] Petition are hereby vacated and continued to Tuesday, October 22, 2019 at 9:15 a.m. in courtroom 4B.

DATED this 1st day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE