RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ROBERT E. O'BRIEN
Assistant Federal Public Defender
Nevada State Bar No. 10944
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Robert_OBrien@fd.org

Attorney for Eddie Shelby

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:05-cr-00222-RCJ-LRL |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| EDDIE SHELBY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Peter S. Levitt, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Robert E. O'Brien, Assistant Federal Public Defender, counsel for Eddie Shelby, that the Revocation Hearing currently scheduled on Wednesday, January 22, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days, excluding February 27 and February 28.

This Stipulation is entered into for the following reasons:

1.      Two of Mr. Shelby's state cases were recently resolved. The final resolution of the state court matter will change any resolution in this matter.

2.      Counsel for the defendant is currently discussing a proposed resolution with government counsel.

3.      The defense needs additional time to investigate the allegations if this matter cannot be resolved through negotiations.

4.      The defendant is in custody and does not oppose this continuance.

5.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 17th day of January, 2020.

RENE L. VALLADARES                         NICHOLAS A. TRUTANICH
Federal Public Defender                        United States Attorney


*/s/ Robert E. O'Brien*                              */s/ Peter S. Levitt*
By_____          By_____
ROBERT E. O'BRIEN                            PETER S. LEVITT
Assistant Federal Public Defender          Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:05-cr-00222-RCJ-LRL |
| Plaintiff, | **ORDER** |
| v. | |
| EDDIE SHELBY, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, January 22, 2020 at 9:30 a.m., be vacated and continued to . Tuesday, 3/17/2020 at 9:15 a.m in Las Vegas Courtroom 4B before Judge Robert C. Jones.

DATED this 17th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE